# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,            Crim. No. 11-173 (MJD/JJK)

    Plaintiff,

v.

**ORDER**

(2) Angelo Banks, and
(3) Iwabi Oyenowo,

    Defendants.

John Docherty, Esq., Assistant United States Attorney, counsel for Plaintiff.

Richard H. Kyle, Jr., Esq., Fredrikson & Byron, PA, counsel for Defendant Banks.

Robert M. Christensen, Esq., Robert M. Christensen, PLC, counsel for Defendant Oyenowo.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 1, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HERERBY ORDERED** that:

    1.    Defendant Bank's Motion for Severance (Doc. No. 44), is **DENIED**;

    2.    Defendant Oyenowo's Motion to Sever Defendant (Doc. No. 80), is **DENIED**; and

2

3. Defendant Oyenowo's Motion to Dismiss Indictment on Grounds of Insufficient Allegations (Doc. No. 79), is **DENIED**.

Date: July 15, 2011

                                                s/Michael J. Davis  
                                                MICHAEL J. DAVIS  
                                                Chief Judge  
                                                United States District Judge